IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JINLONG PIAO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )   Case No. 1:25-cv-1951 |
| TODD LYONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER

Before the Court is Petitioner Jinlong Piao's Motion for Reconsideration of the Court's Denial of Petitioner's Renewed Petition for Writ of Habeas Corpus, [Doc. No. 6] (the "Motion"). The Court held a hearing on the Motion on November 18, 2025. Upon a showing that Petitioner may be entitled to relief under the *Calderon* settlement and for the additional reasons stated in open court, the Court finds that there is "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future," as is required under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Petitioner be released from custody forthwith, to be effected no later than 5:00 p.m. on November 18, 2025, subject to his continuing supervision under the implementing regulations issued pursuant to 8 U.S.C. § 1231(a)(3).

The Clerk is directed to send copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 18, 2025